**Order entered October 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01188-CV
No. 05-15-01189-CV

**IN RE ANDREW LEE JACKSON, Relator**

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-9104916-IL, F-9202256-IL**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     BILL WHITEHILL
        JUSTICE